# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150703(90)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RONALD JOHNSON,
      Defendant-Appellant.

SC: 150703
COA: 315247
Wayne CC: 12-009230-FC

_____/

On order of the Chief Justice, the motion of plaintiff-appellee to extend the Court-ordered time for filing a supplemental answer to the application for leave to appeal is GRANTED. The supplemental answer will be accepted as timely filed if submitted on or before February 18, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2016



Clerk